IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION NOS.  09-490, 10-573 |
| v. : | |
| : | CIVIL ACTION NO. 13-4475 |
| BARRY CORBIN : | |

**O R D E R**

**AND NOW**, this  19th , day of   August  , 2014, upon consideration of Petitioner's Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. § 2255 (No. 09-490, ECF No. 47; No. 10-573, ECF No. 20), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Petitioner's Habeas Corpus Motion under 28 U.S.C. § 2255 is **DENIED**; and

2. No Certificate of Appealability shall issue.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**